# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

157581

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CLIFFORD DURELL McKEE,
        Defendant-Appellant.
_____/

SC:  157581
COA:  336598
Jackson CC:  15-002787-FC

On order of the Court, the application for leave to appeal the February 27, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Furline* (Docket No. 158296) and *People v Jenkins* (Docket No. 158298) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



Clerk

p0515